SEP 11 2024 PM 1:42
FILED - USDC - FLMD - TPA

# IN THE U.S. DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA DIVISION.

CASE# 8:24cv 2143 MSS-AEP (to be assigned) IN RE: Skyway Capital Management, LLC, ( A Florida Corporation) PLAINTIFF, -v- Brenda Gant, DEFENDANT.

_____/

## DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

_____ 1. NOTICE IS HEREBY GIVEN: That Defendant, Brenda Gant, *Pro se, and REMOVES TO THIS COURT, Hillsborough County, Florida ,State Court Case#24-CA-006108. 2.Jurisdiction is invoked under 28 USC 1446(b),as the sole "single defendant"; 28 USC 1332 " amount

1

in controversy" is in excess of $75,000.00, and is $179,000.00 dollars; and, Federal Question, as 4th Amendment issues, Defendants primary home is at stake. 3.Defendant asks also, this Court, under 28 USC 1447(b), to Order the State Court to supply the court record, as Defendant is indigent and hereby include a "IFP" Motion/Affidavit. CERTIFICATE OF SERVICE I Hereby Certify, an Original and copies were sent 9-11-24, by Hand-Delivery to Clerk of Court, 801 N. Fl. Ave, Tampa, Fl., 33602, & USMail to Steve Moore, 8240 118 Ave N #300, Largo Fl 33773,Clerk, Circuit Civil,800 E. Twiggs St.,Tampa33602 s_/s/ Brenda G_____, Brenda Gant 1712 E. Cayuga St. Tampa,Fl 33610 813.735.2094"