UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SKYWAY CAPITAL MANAGEMENT, LLC,**

    Plaintiff,

v.                                              Case No: 8:24-cv-2143-MSS-AEP

**BRENDA GANT,**

    Defendant.
_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Proceed *In Forma Pauperis*. (Dkt. 2) Also before the Court is Plaintiff's Notice of Removal. (Dkt. 1) On November 5, 2024, United States Magistrate Judge Anthony E. Porcelli issued a Report and Recommendation, (Dkt. 3), which recommended Plaintiff's Motion to Proceed *In Forma Pauperis* be denied and the matter be remanded back to the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida. Plaintiff objects to Judge Porcelli's recommendation. (Dkt. 6) Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DENIES** Plaintiff's Motion to Proceed *In Forma Pauperis* and **REMANDS** this case to the Thirteenth Judicial Circuit Court.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete

review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). Absent specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 3), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis*, (Dkt. 2), is **DENIED**.

3. The Clerk is **DIRECTED** to **REMAND** this case to the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

4. Once remand is effected, the Clerk is **DIRECTED** to terminate any pending motions and deadlines and to **CLOSE** this case.[1]

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of February 2025.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

---

[1] The Parties are advised that the Clerk of Court's policy is to transmit only a certified copy of the Order directing the Clerk to remand the case to state court and the docket sheet. The Parties are responsible for preparing a package of the case file for filing in the state court if necessary.